IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE MILES,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 20-3193 |
| | : | |
| **JAIME SORBER,** *et al.,* | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 10th day of June, 2022, upon careful and independent consideration of Tyree Miles' Petition for Writ of Habeas Corpus and Memorandum (Doc. Nos. 1, 24), Respondents' Response to Petition (Doc. No. 21), Judge Sitarski's Report and Recommendation (Doc. No. 27) to which there are no objections, and available state court records, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 27) is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED with prejudice**;

3. A Certificate of Appealability shall **NOT ISSUE**. See 28 U.S.C. § 2253(c)(1)(A); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The CLERK OF COURT shall **CLOSE** this action.

**AND IT IS SO ORDERED.**

  */s/ Paul S. Diamond*
  Paul S. Diamond, J.